**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

VERATEYA J. JONES                                                                 PLAINTIFF

vs.                                        No.  3:08CV00028 JLH

HOLIDAY INN, *et al.*                                                          DEFENDANTS

## ORDER

The above referenced matter was transferred to the Eastern District of Arkansas by U.S. District Judge Jon P. McCalla, Western District of Tennessee, on February 22, 2008, pursuant to 28 U.S.C. § 1406(a). The Clerk of Court for this district notified counsel for plaintiff, Paul James Springer, Jr., that he was not enrolled to practice in the Eastern District of Arkansas by letter dated February 25, 2008, a copy of which is attached hereto. The letter informed counsel of the requirements to practice in this district and requested his compliance within 30 days of the letter.

To date Mr. Springer has neither submitted an application to become enrolled in the Eastern District of Arkansas, or filed a motion to appear pro hac vice in this matter.

IT IS THEREFORE ORDERED that counsel for plaintiff, Paul James Springer, Jr., must notify the Court in writing no later than May 22, 2008, if he intends to continue as counsel of record for plaintiff in this matter. If counsel wishes to proceed as counsel for Ms. Jones, he must file a motion to appear pro hac vice, or submit an application and enrollment fee to the Clerk of Court.

IT IS SO ORDERED this 12th day of May, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
**600 WEST CAPITOL AVENUE**
**SUITE A149**
**LITTLE ROCK, ARKANSAS 72201-3325**

**JAMES W. McCORMACK**                                                    **501-604-5351**
**CLERK**                                                                 **FAX 501-604-5321**

February 25, 2008

Mr. Paul J. Springer
Attorney at Law
301 Washington Avenue, Suite 302
Memphis, Tennessee 38103

      Re:    Verateya J. Jones v. Holiday Inn, et al
             Case No. 3:08CV00028 WRW

Dear Mr. Springer:

      The Clerk's Office recently received a pleading filed by you in the above-referenced matter. After reviewing our records, we do not find that you are enrolled to practice in the United States District Court for the Eastern District of Arkansas.

      If our information is correct and you wish to appear and participate in this case, you will need to comply with the enrollment procedures that are contained in Local Rule 83.5 within 30 days. Enclosed is a copy of Local Rule 83.5 and an enrollment application. As an attorney seeking admission to our Court, you should also visit our Internet website @ www.are.uscourts.gov to view the complete set of local rules, as well as other important court information.

      Please do not hesitate to call the Clerk's Office at 501-604-5351 if you have any questions about our attorney admission procedures or local rules.

                            Sincerely,

                            Robbie Mixon
                            Attorney Maintenance Clerk

/rm
Encl:   Local Rule 83.5
        Enrollment Application

cc:    Hon. William R. Wilson, Jr.
       Mary Johnson
       File