**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

VERATEYA J. JONES                                                                                       PLAINTIFF

vs.                                              No.  3:08CV00028 JLH

HOLIDAY INN, *et al*                                                                              DEFENDANTS

## ORDER

By Order dated May 12, 2008, counsel for plaintiff in this matter, Paul James Springer, Jr., was informed that he must notify the Court in writing no later than May 22, 2008, if he intended to continue as counsel of record.  Mr. Springer was directed to either file a motion to appear pro hac vice, or submit an application and enrollment fee to the Clerk of Court for the Eastern District of Arkansas.

On or about May 13, 2008, plaintiff's counsel telephoned the courtroom deputy and informed him of his intention to file a motion to withdraw as counsel of record in this matter.  Subsequently, on May 28, 2008, Mr. Springer notified the courtroom deputy that the motion to withdraw had been forwarded to the Clerk's Office for filing.

To date Mr. Springer has neither submitted an application to become enrolled in the Eastern District of Arkansas, or filed any kind of motion in this matter.

IT IS THEREFORE ORDERED that some action must be taken by the plaintiff within thirty (30) days of entry of this order for Mr. Springer to be admitted to practice in this case, another attorney to enter an appearance, or notice by plaintiff that she will proceed pro se.  If no such action is taken, the plaintiff's complaint will be dismissed in its entirety, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 4th day of June, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE