**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

VERATEYA J. JONES                                                                                          PLAINTIFF

v.                                              No.  3:08CV00028 JLH

HOLIDAY INN, *et al*                                                                                     DEFENDANTS

### ORDER

By Order dated June 4, 2008, the Court informed counsel that some action must be taken by the plaintiff within thirty (30) days for Mr. Springer to be admitted to practice in this case, another attorney to enter an appearance, or notice by plaintiff that she will proceed pro se.  To date Mr. Springer has neither submitted an application to become enrolled in the Eastern District of Arkansas, or filed any kind of motion in this matter.  Therefore, pursuant to Rule 4(m), the plaintiff's complaint is hereby dismissed in its entirety, without prejudice, for failure to prosecute.

IT IS SO ORDERED this 8th day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE